IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,         :

    Plaintiff                          :

    v.                                 : CIVIL NO. B-92-2335-C

VICKI J. TEPPER                    :
a/k/a Vicki Tepper,
                                       :
    Defendant
                                       :
UNIVERSITY OF MARYLAND BALTIMORE
737 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-1009,    :

                                       :
    Garnishee

ORDER TO STAY GARNISHMENT

It is this 30th day of April, 2002, by the United States District Court for the District of Maryland,

    ORDERED:

    1. That the garnishment is hereby stayed until October 1, 2002 in order to determine the ability of the defendant to make regular monthly payments as required.

    2. That the Clerk of the Court shall send copies of this order to all counsel of record.

                               WALTER E. BLACK, JR.
                               U. S. DISTRICT JUDGE